————o————

STATE OF MISSOURI, Appellant, *vs.* WM. B. GILMORE, Respondent.

1. State vs. Pinger, *ante* p. 243. affirmed.

*Appeal from Buchanan Circuit Court.*

*James P. Thomas*, for Appellant.

*Hill & Carter*, for Respondent.

WAGNER, Judge, delivered the opinion of the court.

The defendant was a justice of the Buchanan County Court; and was indicted for voting for an appropriation not directed or warranted by law. The court sustained a demurrer to the indictment.

The case is essentially the same as that of the State vs. Pinger decided at this term, and according to that decision the judgment must be affirmed.

The other judges concur, except Judge Sherwood who is absent.